■ GEDDES FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v STEVEN J. PACELLI et al., Defendants. CHARLES FERRANTE, Appellant. [624 NYS2d 1009] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Amend Judgment.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.

■ MICHAEL CONKEY, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 86849.) [624 NYS2d 985] —Order unanimously affirmed without costs *(see, Durfee v Eastman Kodak Co.,* 212 AD2d 971 [decided herewith]). (Appeal from Order of Court of Claims, NeMoyer, J.—Summary Judgment.) Present —Green, J. P., Pine, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD SHIESLEY, Appellant. [624 NYS2d 1009] —Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed in accordance with the following Memorandum: Upon our review of the record, we modify the sentence as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [b]; *People v Thompson,* 60 NY2d 513, 519) by vacating the sentence of imprisonment and the order of protection. (Appeal from Judgment of Niagara County Court, Fricano, J.—Attempted Illegal Voting.) Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.